AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3-21-70422 MAG |
| Joseph Huffaker | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Huffaker

Date: 03/12/2021

*Attorney's signature*

Jonathan A. Rapel 285893
*Printed name and bar number*
Castillo Harper, APC
6848 Magnolia Ave., Suite 100
Riverside, CA 92506

*Address*

jon@castillohaper.com
*E-mail address*

(909) 466-5600
*Telephone number*

(909) 466-5601
*FAX number*