AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>JOSEPH HUFFAKER )<br>*Defendant* ) | Case No. 3:21-MJ-70422 MAG |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSEPH HUFFAKER

Date: 8-27-2021

*Heather N. Phillips*
*Attorney's signature*

HEATHER N. PHILLIPS (SBN 258638)
*Printed name and bar number*

6848 Magnolia Avenue, Suite 200
Riverside, CA 92506

*Address*

Heather@CastilloHarper.com
*E-mail address*

(909) 466-5600
*Telephone number*

(909) 466-5610
*FAX number*