AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 3-21-70422 MAG |
| Brendan Jacy Tatum, and Joseph Huffaker ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Huffaker

Date: 11/15/21

*Attorney's signature*

Joshua P. Visco [SBN: 243168]
*Printed name and bar number*

6848 Magnolia Avenue, Suite 200
Riverside, Ca 92506

*Address*

Visco@CastilliHarper.com
*E-mail address*

(909) 466-5600
*Telephone number*

(909) 466-5610
*FAX number*